**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, | No. C-07-00774 (EDL) |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| LEONA CANNON, et al., | |
| Defendants. | |

In light of the report and recommendations filed on May 16, 2007, document numbers 14 and 15, the clerk shall reassign this matter forthwith to a district court judge.

**IT IS SO ORDERED.**

Dated: May 31, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge