IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, MARGIE JOHNSON, | No. C 07-00774 SI |
| Plaintiffs, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| LEONA CANNON, et al., | |
| Defendants. / | |

On February 6, 2007, plaintiffs James and Margie Johnson filed a complaint against three defendants: Leona Cannon, the City & County of San Francisco, and Allstate Insurance Company.

On July 2, 2007, in accordance with Judge Laporte's reports and recommendations, the Court granted defendant Cannon's motion to dismiss, and granted the City of San Francisco's motion for judgment on the pleadings. The Court also advised plaintiffs that because they had not filed proof of service on Allstate with the Court, pursuant to Federal Rule of Civil Procedure 4(m), the Court would dismiss plaintiffs' action with respect to Allstate unless plaintiffs, within ten days from the date of the order, provided proof of service. Plaintiffs failed to do so, and the Court therefore DISMISSES plaintiffs' action with respect to Allstate.

**IT IS SO ORDERED.**

Dated: September 1, 2007

_____
SUSAN ILLSTON
United States District Judge