**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHNSON, MARGIE JOHNSON, | No. C 07-00774 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| LEONA CANNON, et al., | |
| Defendants. | |

The complaint against defendant Cannon and defendant Allstate has been dismissed, and the motion for judgment on the pleadings by defendant City and County of San Francisco has been granted. Judgment in favor of defendants and against plaintiffs is granted accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 1, 2007

SUSAN ILLSTON
United States District Judge